**FILED**

October 18, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
v.                              )
                                )
JOSEPH SAUER,                   )
                                )
          Defendant.            )

Case No. MAG. 05-0304-PAN

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH SAUER, Case No.

MAG. 05-0304-PAN, Charge, Manufacture of 100 or more marijuana plants , from custody subject

to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

       __    Release on Personal Recognizance

     ___    Bail Posted in the Sum of $_____

       X    Unsecured Appearance Bond *( $160,000.00 )*

       __    Appearance Bond with 10% Deposit

       __    Appearance Bond with Surety

       __    Corporate Surety Bail Bond

       X    (Other)     Special Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _October 18, 2005_ at _4:45 p.m._ .

By  /s/ Peter A. Nowinski

Peter A. Nowinski
United States Magistrate Judge