1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )      CASE NO. S 05-457 LKK
                                  )
10             Plaintiff,         )
                                  )
11      v.                        )
                                  )
12 JOSEPH SAUER,                  )
                                  )
13             Defendant.         )

14

15 UNITED STATES OF AMERICA,      )      CASE NO. S 05-458 LKK
                                  )
16             Plaintiff,         )
                                  )
17      v.                        )
                                  )
18 DONALD SAUER,                  )
                                  )
19             Defendant.         )
                                  )
20

21 UNITED STATES OF AMERICA,      )      CASE NO. S 05-459 LKK
                                  )
22             Plaintiff,         )
                                  )
23      v.                        )
                                  )
24 JAMISON STARR,                 )
                                  )
25             Defendant.         )
   _____)
26

27                    **ORDER EXCLUDING TIME**

28     The Court orders that in each of the above-captioned cases the

                              1

1   time beginning November 29, 2005 and extending through January 4,

2   2006 shall be excluded from the calculation of time under the Speedy

3   Trial Act.  The ends of justice are served by the Court excluding

4   such time, so that counsel for the defendants may have reasonable

5   time necessary for effective preparation, taking into account the

6   exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

7   Specifically, counsel need time to evaluate the discovery in this

8   case.  The interests of justice served by granting this continuance

9   outweigh the best interests of the public and the defendant in a

10  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11      The Court further finds that a second, independently sufficient

12  reason for a time exclusion in the case of Defendant Donald Sauer

13  (Crim No. 05-458 LKK), in that there are filed pretrial motions

14  awaiting hearing or other prompt disposition by the Court.  18

15  U.S.C. § 3161(h)(8)(F).

16

17                                    **SO ORDERED.**

18

19  DATE: December 5, 2005

20                          /s/ Lawrence K. Karlton
                            HON. LAWRENCE K. KARLTON
21                          U.S. District Judge

22

23

24

25

26

27

28