```
 1 | MCGREGOR W. SCOTT
   | United States Attorney
 2 | MATTHEW D. SEGAL
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2708
 5 |
 6 |            IN THE UNITED STATES DISTRICT COURT
 7 |           FOR THE EASTERN DISTRICT OF CALIFORNIA
 8 |
 9 | UNITED STATES OF AMERICA,   )    CASE NO. S 05-457 LKK
                                 )
10 |            Plaintiff,        )
                                 )
11 |      v.                     )
                                 )
12 | JOSEPH SAUER,                )
                                 )
13 |            Defendant.        )
14 |
15 | UNITED STATES OF AMERICA,   )    CASE NO. S 05-458 LKK
                                 )
16 |            Plaintiff,        )
                                 )
17 |      v.                     )
                                 )
18 | DONALD SAUER,                )
                                 )
19 |            Defendant.        )
                                 )
20 |
21 | UNITED STATES OF AMERICA,   )    CASE NO. S 05-459 LKK
                                 )
22 |            Plaintiff,        )
                                 )
23 |      v.                     )
                                 )
24 | JAMISON STARR,               )
                                 )
25 |            Defendant.        )
   | _____)
26 |
27 |                       **ORDER EXCLUDING TIME**
28 |      The Court orders that in each of the above-captioned cases the
```

time beginning February 22, 2006 and extending through December 31, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.  That parties have entered into deferred prosecution agreements for the purpose of allowing each Defendant to demonstrate his good conduct.  18 U.S.C. § 3161(h)(2); Local Code I.

**SO ORDERED.**

DATE: March 17, 2006

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
U.S. District Judge