MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH SAUER,<br><br>        Defendant. | CASE NO. S 05-457 LKK |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DONALD SAUER,<br><br>        Defendant. | CASE NO. S 05-458 LKK |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMISON STARR,<br><br>        Defendant. | **ORDER**<br>CASE NO. S 05-459 LKK |

    Pursuant to the Diversion Agreements in these cases, the United

//

1

1  States requests leave of court to dismiss the charges against each
2  case.  Fed. R. Crim. P. 48(a).

```
                                        Respectfully Submitted,
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED:  January 4, 2007          By:    /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney
```

**SO ORDERED.**

DATE: January 4, 2007

```
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```